Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
## for the
## WESTERN District of TEXAS
## MIDLAND/ODESSA Division

**FILED**
August 23, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____JA_____
DEPUTY

JOHN ANDERSON POWELL
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

ECTOR COUNTY
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 7:21-cv-00140-DC-RCG
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes  ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: John Anderson Towell
Address: 2108 W. 15th St.
City: Odessa   State: Texas   Zip Code: 79763
County: Ector
Telephone Number: (432) 803-6099
E-Mail Address:

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Ector County
Job or Title (if known):
Address:
City: Odessa   State: Texas   Zip Code: 79761
County:
Telephone Number:
E-Mail Address (if known):

[ ] Individual capacity   [✓] Official capacity

Defendant No. 2
Name: Tony Bass - Gatta Chief Deputy
Job or Title (if known): Chief Deputy
Address:
City: Odessa   State: Texas   Zip Code: 79760
County: Ector
Telephone Number:
E-Mail Address (if known):

[✓] Individual capacity   [✓] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
Name: D. Jones
Job or Title (if known): Retired
Address:

City / State / Zip Code

County
Telephone Number
E-Mail Address (if known)

☑ Individual capacity  ☑ Official capacity

Defendant No. 4
Name: Mark Donaldson
Job or Title (if known):
Address:

City / State / Zip Code

County
Telephone Number
E-Mail Address (if known)

☐ Individual capacity  ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Equal Protection of the Law; Due Process of Law; Due Course of Law; Official Oppression; Right to Access the Courts.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. ON 04-14-2014 2 SUSPECTS BURGLARIZED PLAINTIFF'S PLACE OF BUSINESS WHICH WAS WITNESSED BY NEIGHBORS. ECSO OFFICERS ON THE SCENE HAD DETAINED SUSPECTS ONLY TO RELEASE THEM BY ORDER OF RANKING OFFICER D. JONES & TO THIS DAY (OVER 8 YEARS LATER PLAINTIFF HAS YET TO RECEIVE JUSTICE & NO CHARGES HAVE BEEN FILED DESPITE PLAINTIFF'S PERSISTANCE IN SEEKING ANSWERS & JUSTICE OVER THE YEARS.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed. PLAINTIFF'S PLACE OF BUSINESS WAS BURGLARIZED & PROPERTY/TOOLS SOLD, DESPITE EYEWITNESSES TO A FELONY & OTHER SUBSTANTIVE EVIDENCE THE ECSO REFUSED TO ACT ON PLAINTIFF'S COMPLAINT.

A. Where did the events giving rise to your claim(s) occur?
ON THE PROPERTY OF PLAINTIFF'S PLACE OF BUSINESS LOCATED IN PRECINCT 4 OF ECTOR COUNTY, TEXAS @ 825 AVE. H ODESSA, TEXAS.

B. What date and approximate time did the events giving rise to your claim(s) occur?
ON 02-14-2014 @ 1459 HOURS

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
4 FELONIES WERE COMMITTED AGAINST PLAINTIFF & DESPITE OVERWHELMING EVIDENCE (EYEWITNESSES TO THE FELONIES) ECTOR COUNTY SHERIFF'S OFFICE OFFICERS REFUSED TO BRING CHARGES AGAINST SUSPECTS. OVER THE 8 1/2 YEARS THE ECSO HAS LED PLAINTIFF TO BELIEVE THEY WERE GOING TO FILE CHARGES. IN THE EARLY PART OF AUGUST 2021 OFFICER BASS INFORMED PLAINTIFF THE FILE IN THIS MATTER HAS BEEN LOST. PLAINTIFF HAS BEEN DEPRIVED OF HIS PROPERTY BY HIS DAY IN COURT. NEIGHBORS TO PLAINTIFF'S PLACE OF BUSINESS SAW & REPORTED THE CRIME IN PROGRESS. PLAINTIFF'S GLADYS POWELL WENT ON THE SCENE. ECSO D.S ABSOLUTELY NOTHING TO RESOLVE THIS MATTER & HAS DONE NOTHING OVER THE 8 YEARS SINCE THE INCIDENT.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Plaintiff has sustained injuries of a financial nature where he has virtually lost his means of providing for himself & his family (financial ruin). Plaintiff, over the course of this matter, has suffered mental & emotional injuries where he's been experiencing bouts of depression & anxiety where he's also experiencing anger issues due to the frustration caused by this grave injustice done him @ the hands of the Ector County Sheriff's Office. Plaintiff has not had any medical treatment for his mental, emotional & anger issues due to his present financial situation caused by caused by the Ector County Sheriff's Office.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Plaintiff seeks a favorable ruling in this matter awarding him damages caused him by the suspects, the Ector County Sheriff's Office & James Trucking Company. Responsibility goes up the chain of command as the upper echelon of the Ector County Sheriff's are responsible for the conduct of their subordinates where liability for plaintiff's injuries sustained due to the Ector County Sheriff's Office officials w/malfeasance, dereliction, & derelict official act. Plaintiff asks the court to hold defendants responsible handing down judgement against defendants awarding defendant compensatory damages (in their official & individual capacities in the amount of:

$ 9 Million

Punitive Damages in the amount of:

$ 40 Million

To include any other damages the court deems plaintiff entitled to,

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/23/2021

Signature of Plaintiff: *John Anderson Powell*
Printed Name of Plaintiff: JOHN ANDERSON POWELL

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

                                    City            State        Zip Code

Telephone Number
E-mail Address

## **DEFENDANTS**

## **ATTACHMENT**

Mike Griffis / Sheriff of Ector County

Roddy Eaton / former Chief Deputy Ector County Sheriff's Office

Eddie Mancha / former Major Ector County Sheriff's Office

Officer Mancha, Lt. / Ector County Sheriff's Office

Officer Gray, Sgt./ Ector County Sheriff's Office

Ed Spivey / Justice Of The Peace Precinct 4

James / Owner and Operator of James Trucking

11 defendants total

## Statement of claim

Pursuant to the U. S. and Texas Constitution <u>All</u> citizens of the United States have a statutory right to equal protection of the law, due process of the law, to be free from official oppression and access to the Courts. Law enforcement officers are sworn to uphold the law.

On the 14th day of February 2014 named defendants denied Plaintiff of these rights. It all began when the Plaintiff received a call from concerned citizens informing him that his place of business was being burglarized. Upon receiving this information Plaintiff called local authorities informing them of what he had just learned regarding his place of business as he proceeded to drive to the scene. Upon arriving at the scene Plaintiff met with Lt. Mancha and Sgt. Gray who had two suspects detained in their vehicle who had apparently attempted to steal one of his vehicles using a red Ford pickup towing a trailer for which Plaintiff's vehicle was secured to. Officer Alex Ligon arrived at the scene shortly after. Plaintiff told Officers at the scene that he wanted to press charges.

Officer D. Jones, ranking officer at the scene at this time, took control of the situation where after being briefed of the situation he informed Plaintiff that he was releasing the two suspects going on to say that suspect Granado had proof by "Bill Of Sale" at his residence and that he was going to produce said receipt to the auto theft unit the next day. This was eight years ago and suspect Granado has yet to produce any "Bill Of Sale" and to this day no charges has been brought forth against the two suspects. Officer D. Jones had also learned that suspect Granado had more of plaintiff's vehicle at his place of residence for which was documented by photograph as well as pictures of the vehicle suspects had loaded onto his trailer. All officers at the scene that day along with the neighbors to the business had witnessed a felony in progress and law enforcement failed to carry out their obligation to the Plaintiff and every citizen of Ector County which was to protect and serve the public and to enforce the law.

Officer D. Jones did a grave disservice to the plaintiff when he neglected to perform his ministerial duties at the scene on this day and here eight years later. Plaintiff has yet to receive the justice he so deserves. Plaintiff has vigorously pursued this matter having made numerous trips over the years visiting with various law enforcement personnel within the Ector County Sheriff's Office where

he has monitored this situation and has sought assistance with this matter even going to the Justice Of The Peace of Precinct 4, Ed Spivey, to no avail.

Former Sheriff Mark Donaldson and acting Sheriff Mike Griffis is named in this suit as well as they were at the time and is the ultimate authority in the Ector County Sheriff's Department being responsible for the training and conduct of their subordinates. The Ector County Sheriff's Department has failed Plaintiff miserably.

James trucking Company is named as a party to this suit causing Plaintiff injuries as it was a party to said suspects illegal scheme involving Plaintiff's stolen property where James Trucking acted as a fence receiving stolen property compensating said suspects benefitting the parties (James Trucking and said suspects) depriving Plaintiff of his means by which he makes his living. James Trucking is required by law, when receiving vehicles being brought across the scales, to be shown proof of title for which suspects didn't have.

Plaintiff was present when Ector County Sheriff's Officers took photographs of his vehicles at suspect Granado's residence and at Plaintiff's place of business place of business while his vehicle sat on suspect Granado's trailer so he knows for a fact there had to be a file if not just the photos of his vehicles but, just here recently when Plaintiff paid a visit to the Ector County Sheriff's Office and spoke with Officer Tony Bass inquiring of the status of the investigation into the burglarizing of his building and the theft of his vehicles requesting to view the files for answers Officer Bass told Plaintiff the file had been lost. Officer Bass went on to apologize to Plaintiff stating "**I dropped the ball.**"

This entire matter reeks of malfeasance, collusion, conspiracy, a wanton act of official oppression and organized crime. The Ector County Sheriff's Office has misled and lied to Plaintiff where Officer D. Jones never intended to investigate this matter where he used his office and his authority to be Judge and Jury allowing a felony to occur within the very County he swore to protect and serve.

*John Anderson Powell*

John Anderson Powell